AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |
| v. | Civil Action No. |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Helene Braun, 4 Calle Lirior, Apt. 3, Carolina, Puerteo Rico 00984;
Jacob Braun, 4 Calle Lirior, Apt. 3, Carolina, Puerto Rico, 00984;
Jonathan Braun, 2115 Pacific Boulevard, Atlantic Beach, New York 11509;
Miriam Hurwitz, 2115 Pacific Boulevard, Atlantic Beach, New  York 11509;
Yitzchok Wolf, 1001 South Main Street, Kalispell, Montana 84095

A lawsuit has been filed

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  _____          _____
*Signature of Clerk or Deputy Clerk*